PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Duarte Rosario

**Docket Number:** 03-00705-001
**PACTS Number:** 33963

**Name of Sentencing Judicial Officer:** HONORABLE William H. Walls

**Date of Original Sentence:** 03/09/2004

**Original Offense:** Illegal Re-Entry

**Original Sentence:** 57 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 11/22/06

**Assistant U.S. Attorney:** Michael Garcia, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Joseph E. Govlick, 55 Washington Avenue, East Orange, New Jersey 07108 (973)-677-9000

---

# PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | Offender was arrested on August 23, 2009, by the New Jersey State Police and charged with hindering apprehension, obstruction of administration of law and wrongful impersonation. He was incarcerated at Northern State Prison, then released September 3, 2009, to a immigration detainer and remains in custody, awaiting deportation. |
| 2 | The offender has violated the supervision condition which states '**The defendant shall cooperate with Immigration and Customs Enforcement to resolve any problems with his status in the United States. The defendant shall provide truthful information and abide by the rules and regulations of Immigration and Customs Enforcement. If deported, the defendant shall not re-enter the United States without the written permission of the Attorney General. If the defendant re-enters the United States, he shall report in person to the** |

PROB 12C - Page 2
Duarte Rosario

**nearest U.S. Probation Office within 48 hours.**'

On or about August 23, 2009, Mr. Rosario illegally reentered the United States.

I declare under penalty of perjury that the foregoing is true and correct.

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date:  11/4/09

THE COURT ORDERS:

[ √ ]  The Issuance of a Warrant
[   ]  The Issuance of a Summons.  Date of Hearing: _____.
[   ]  No Action
[   ]  Other

_____
Signature of Judicial Officer

16 November 2009
_____
Date